# IN THE UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**MASTER SHORT FORM COMPLAINT FOR
DAMAGES FOR INDIVIDUAL CLAIMS**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the

Master Complaint for Damages in MDL 2641 by reference (Doc. 303-1 _____ ).

Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Brenda Collins _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of

   consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian,

   conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the

   time of implant:

   Tennessee _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Tennessee

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Tennessee

7. District Court and Division in which venue would be proper absent direct filing:

Eastern District Court of Tennessee

8. Defendants (check Defendants against whom Complaint is made):

☑ C.R. Bard Inc.

☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐ Recovery® Vena Cava Filter

☐ G2® Vena Cava Filter

☐    G2® Express (G2®X) Vena Cava Filter

☑    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☐    Other: _____

11.    Date of Implantation as to each product:

    May 24, 2012
    _____

    _____

12.    Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:    Strict Products Liability – Manufacturing Defect

☑    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:    Strict Products Liability – Design Defect

☑    Count IV:    Negligence - Design

☑    Count V:    Negligence - Manufacture

☑    Count VI:    Negligence – Failure to Recall/Retrofit

☑    Count VII:    Negligence – Failure to Warn

☑    Count VIII:    Negligent Misrepresentation

☑    Count IX:    Negligence *Per Se*

☑    Count X:    Breach of Express Warranty

☑    Count XI:    Breach of Implied Warranty

☑    Count XII:    Fraudulent Misrepresentation

☑ Count XIII: Fraudulent Concealment

☑ Count XIV: Violations of Applicable_____(insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade  Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

I hereby certify that on this <u>1st</u> day of <u>September           </u>, <u>2016</u> I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

Respectfully submitted,

**WENDT LAW FIRM, P.C.**

<u>***s/Samuel M. Wendt***</u>

Sameul M. Wendt  MO#53933
1100 Main Street, Suite 2610
Kansas City, MO 64105
Phone: (816) 531-4415
Fax: (816) 531-2507
E-mail: sam@wendtlaw.com
**ATTORNEYS FOR PLAINTIFF**