IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| BRENDA COLLINS, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>C.R. BARD, INC. and BARD PERIPHERAL )<br>VASCULAR, INC., )<br>)<br>DEFENDANTS. ) | Case No. 2:20-cv-00067-DCLC-HBG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Brenda Collins' claims in the above-captioned matter be dismissed with prejudice, each party to bear its own costs. This stipulation dismisses all of Brenda Collins' claims against all parties in the above-captioned action, including those parties who have not entered their appearance and/or signed the stipulation.

*/s/ Samuel M. Wendt*
Samuel M. Wendt      MO # 53573
WENDT LAW FIRM, P.C.
4717 Grand Avenue, Ste 130
Kansas City, MO 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

ATTORNEY FOR PLAINTIFF

*/s/ Dell P. Chappell*
Dell P. Chappell
Eric A. Paine
Joseph E. Fornadel, III
Nelson, Mullins, Riley & Scarborough (Columbia)
1320 Main Street, 17th Floor
P O Box 11070
Columbia, SC 28211-1070
Telephone: 803-799-2000
Email: dell.chappell@nelsonmullins.com
Email: eric.paine@nelsonmullins.com
Email: joe.fornadel@nelsonmullins.com

AND

/s/ Shane G. Ramsey
Shane G. Ramsey
William Woods Drinkwater
Nelson, Mullins, Riley & Scarborough (Nashville)
One Nashville Place
150 4th Avenue, North
Suite 1100
Nashville, TN 37219
Telephone: 615-664-5355
Fax: 615-664-5399
Email: shane.ramsey@nelsonmullins.com
Email: woods.drinkwater@nelsonmullins.com

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Joint Stipulation of Dismissal With Prejudice was filed with the Clerk of the Court by using the CM/ECF system on this 1st day of February, 2021, which will send notification of the same to all counsel of record.

/s/ Samuel M. Wendt